# IN THE SUPREME COURT OF THE STATE OF NEVADA

LAVERN CHARLES FASTHORSE,
Petitioner,
vs.
THE STATE OF NEVADA,
Respondent.

No. 80589

FILED

FEB 27 2020

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY _____
DEPUTY CLERK

## *ORDER DENYING PETITION FOR WRIT OF MANDAMUS*

This original pro se petition for a writ of mandamus seeks a writ directing the district court to enforce its order directing the State to file a response.

Problematically, petitioner has not provided this court with exhibits or other documentation that would support his claims for relief. *See* NRAP 21(a)(4) (providing the petitioner shall submit an appendix containing all documents "essential to understand the matters set forth in the petition"). In fact, petitioner failed to indicate the nature of the relief he seeks below. Therefore, without deciding the merits of the claims raised, we decline to exercise our original jurisdiction in this matter. *See* NRAP 21(b).

We reiterate that "[p]etitioner[ ] carr[ies] the burden of demonstrating that extraordinary relief is warranted." *Pan v. Eighth*

20-07963

*Judicial Dist. Court*, 120 Nev. 222, 228, 88 P.3d 840, 844 (2004). Accordingly, we

ORDER the petition DENIED.[1]

_____ *Pickering* , C.J.
Pickering

_____ , J.          _____ , J.
Hardesty                      Cadish

cc:    Lavern Fasthorse
       Attorney General/Carson City
       Clark County District Attorney
       Eighth District Court Clerk

---

[1]Petitioner's failure to provide timely proof of service of the petition constitutes an additional basis upon which to deny relief. NRAP 21(a)(1).